```
                    IN THE UNITED STATES DISTRICT COURT
                        MIDDLE DISTRICT OF GEORGIA
                            COLUMBUS DIVISION
```

| | |
|---|---|
| CURTIS E. MITCHELL,      * | |
|     Petitioner      * | |
| vs.      * | |
| UNITED STATES OF AMERICA,      * | CASE NO. 4:06-CV-8 (CDL) |
|     Respondent,      * | 4:96-CR-65-002 |
| _____      * | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on March 27, 2006, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 26th day of September, 2006.

                                            S/Clay D. Land
                                              CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE