IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____Columbus_____ DIVISION

**UNITED STATES OF AMERICA**

**VS.**

**Curtis Eugene Mitchell**

**NO.** 4:96-CR-65-002

# ORDER TO APPOINT COUNSEL

Pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. §3006A(a)(1)and(c), the Federal Defenders of the Middle District of Georgia, Inc. is hereby appointed to represent the legal interests of the defendant as this case has been identified as appropriate for consideration of a reduction in sentence in accordance with 18 U.S.C. §3582(c)(2) and USSG §1B1.10(c), Amendment #706 as amended by Amendment #711.

Should the Federal Defenders of the Middle District of Georgia, Inc. determine that there is a conflict with regard to the representation of this defendant, notice should be filed immediately.

So ordered this 7th day of November, 2008.

*s/ Hugh Lawson*

HUGH LAWSON, District Judge